IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARCAP ENVIRONMENTAL, LLC

                                              PLAINTIFF

v.            No. 4:25-cv-136-DPM

TNO TRUCKING, INC.            DEFENDANT

## JUDGMENT

ARCAP's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 July 2025